AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RI-IONDA K. LANGFORD,

Plaintiff,

v.

DOLGENCORP, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 125-272

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated January 5, 2025 the Report and Recommendation of the U.S. Magistrate Judge is adopted as the opinion of this court. This case is remanded without any guarantee of permission for subsequent removal, to the Superior Court of Glascock County, Georgia, Civil Action File Number 2025CV034, for lack of subject-matter jurisdiction. This case stands closed.



January 5, 2025
Date

John E. Triplett, Clerk of Court
Clerk

*James R. Burrell*
(By) Deputy Clerk

GAS Rev 10/2020